UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DJ ASHBA, ASHBA MEDIA, INC. and ASHBALAND,<br><br>    Plaintiffs,<br><br>v.<br><br>ASHLEY LEADER,<br><br>    Defendant. | 2:13-cv-0404-LDG-GWF |

Defendant Leader's motion to dismiss the complaint for lack of personal jurisdiction and/or improper venue or, in the alternative, transfer venue (#13, response #16, reply #17) raises jurisdictional facts in dispute which the court determines, within its discretion, may be clarified if plaintiffs' request for limited jurisdictional discovery is granted. Accordingly,

THE COURT HEREBY ORDERS that the parties shall have 30 days from the date of this order to conduct jurisdictional discovery.

THE COURT FURTHER ORDERS that the parties shall have 30 days thereafter in which to file supplements, if any, to their briefing on defendant's motion to dismiss.

THE COURT FURTHER ORDERS that defendant's motion to dismiss the complaint for lack of personal jurisdiction and/or improper venue or, in the alternative, transfer venue (#13) is DENIED without prejudice.

THE COURT FURTHER ORDERS that the clerk of court shall reinstate defendant's motion to dismiss the complaint for lack of personal jurisdiction and/or improper venue or, in the alternative, transfer venue 60 days after the date of the filing of this order.

THE COURT FURTHER ORDERS that plaintiffs' motion for fees and costs pursuant to Rule 4(d)(2) (#7) is DENIED without prejudice.

DATED this ___ day of March, 2014.

_____
Lloyd D. George
United States District Judge